AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

RECEIVED
U.S. MARSHALS SERVICE
2022 MAY -6 PM 4:03
TUCSON
DISTRICT OF ARIZONA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesus Castenada | ) | Case No. CR-22-980-TUC-RM(LCK) |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _Jesus Castenada_,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to possess with intent to distribute and distribute methamphetamine, fentanyl, cocaine, and heroin;
21:841(a)(1) and (b)(1)(B)(vi) Possession with intent to distribute fentanyl

_K. H____ (signature)_
Issuing officer's signature

ISSUED ON 8:36 a.m. May 06, 2022
s/ Debra D. Lucas, Clerk

City and state:  Tucson, Arizona                          K. Hughes, Deputy Clerk
                                                          Printed name and title

cc: AUSA, USMS, PTS

### Return

This warrant was received on (date) _05/06/22_, and the person was arrested on (date) _05/18/22_
at (city and state) _Tucson, AZ_.

Date: _05/18/22_

Subject arrested by _USMS_
and initialed on _05/19/22_
in the District of Arizona.

_____
Arresting officer's signature

_____
Printed name and title